UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEKA INVESTMENT GmbH, et al.,

          Plaintiffs,

-v-

WACHOVIA CORPORATION, et al.,

          Defendants.

No. 09 Civ. 7920 (RJS)
ORDER



FORSTA AP-FONDEN,

          Plaintiff,

-v-

WACHOVIA CORPORATION, et al.,

         Defendants.

No. 09 Civ. 8205 (RJS)
ORDER

STICHTING PENSIOENFONDS ABP,

          Plaintiff,

-v-

WACHOVIA CORPORATION, et al.,

         Defendants.

No. 09 Civ. 4473 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    IT IS HEREBY ORDERED that the above-captioned actions shall be consolidated for all purposes, with the *Stichting* action serving as the master file. All documents shall be filed in the master file and noted on the master docket, and no further docket entries need be made in the *Deka* and *Forsta* actions.

Pursuant to the Order dated August 24, 2009, Defendants are to file their motion to dismiss by November 3, 2009.

Dated:   October 29, 2009
         New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE